# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **BancServices Group, Inc.**, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:08CV0095CDP |
| | ) | |
| **Caldwell Bank and Trust Co.**, | ) | |
| | ) | |
|       Defendant. | ) | |

## ORDER

The above-styled case was filed in the Eastern Division of this court on January 21, 2008, and assigned to the Honorable Catherine D. Perry. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:08cv0008 LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:08cv0095CDP is hereby administratively closed. Judge Perry's name will be replaced for future assignment.

Dated this 22nd day of January, 2008.

                James G. Woodward
                Clerk of Court

                By: /s/ Karen Moore
                Deputy Clerk

Please refer to Case No. **1:08cv0008 LMB** in all future matters concerning this case.